| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Local Telephone: 973-575-0707<br>Attorneys For Secured Creditor<br><br><br>Shauna Deluca, Esq. (SD-8248) | Order Filed on July 14, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>Patrick F O'Neill,<br>   Debtor.<br><br>Cathy O'Neill,<br>   Joint Debtor. | Case No.: 11-10764<br>Chapter   13<br>Chief Judge Michael B. Kaplan |

**ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT**

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: July 14, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Debtor(s): Patrick F O'Neill and Cathy O'Neill
Case No.: 11-10764-MBK
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**

_____

The court having reviewed the Motion to Redact a Previously Filed Document filed in this case by PNC Bank NA and regarding the following documents:

(1) Proof of Claim filed on January 18, 2011 as Claim No. 1-1 on the Claims Register

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to Fed. R. Bankr. P 9037 (h)(2), the Movant shall refile the correctly redacted documents with the court.