| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Local Telephone: 973-575-0707<br>Attorneys For Secured Creditor<br><br>Shauna Deluca, Esq. (SD-8248) | Order Filed on July 14, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>Patrick F O'Neill,<br>   Debtor.<br><br>Cathy O'Neill,<br>   Joint Debtor. | Case No.: 11-10764<br>Chapter   13<br>Chief Judge Michael B. Kaplan |

### ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: July 14, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**

Debtor(s): Patrick F O'Neill and Cathy O'Neill
Case No.: 11-10764-MBK
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**

___

The court having reviewed the Motion to Redact a Previously Filed Document filed in this case by PNC Bank NA and regarding the following documents:

(1) Proof of Claim filed on January 18, 2011 as Claim No. 1-1 on the Claims Register

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to Fed. R. Bankr. P 9037 (h)(2), the Movant shall refile the correctly redacted documents with the court.

United States Bankruptcy Court
District of New Jersey

In re:  
Patrick F O'Neill  
Cathy O'Neill  
    Debtors

Case No. 11-10764-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 17, 2020  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2020.  
db/jdb        +Patrick F O'Neill,    Cathy O'Neill,    40 Hempstead Rd,    Trenton, NJ 08610-2037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020                                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2020 at the address(es) listed below:  
         Albert    Russo    docs@russotrustee.com  
         Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Brian C. Nicholas    on behalf of Creditor    Springleaf Finance Corporation, in trust for U.S.  
         Bank National Association, as indenture trustee, for Springleaf Mortgage Loan Trust 2012-3,  
         Mortgage Backed Notes Series, 2012-3 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Donald    Quigley    on behalf of Joint Debtor Cathy    O'Neill lawoffices@quigleyfayette.com,  
         donaldquigley.dq@gmail.com  
         Donald    Quigley    on behalf of Debtor Patrick F O'Neill lawoffices@quigleyfayette.com,  
         donaldquigley.dq@gmail.com  
         Kevin C. Fayette    on behalf of Debtor Patrick F O'Neill kfayette@kevinfayette.com  
         Kevin C. Fayette    on behalf of Joint Debtor Cathy    O'Neill kfayette@kevinfayette.com  
         Shauna M Deluca    on behalf of Creditor    PNC BANK, N.A. sdeluca@rasflaw.com  
                                                                                        TOTAL: 8